**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  §  Case No. 10-02154-SPS
§
LISA MARIE STEFANOVIC  §
§
§
Debtor(s)  §

**AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 01/31/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  01/06/2012          By: /s/ David P. Leibowitz
                                      (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: § Case No. 10-02154-SPS
§
LISA MARIE STEFANOVIC §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $3,000.00
*and approved disbursements of* $4.21
*leaving a balance on hand of[1] :* $2,995.79

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,995.79

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $750.00 | $0.00 | $750.00 |
| David P. Leibowitz, Trustee Expenses | $57.38 | $0.00 | $57.38 |
| Lakelaw, Attorney for Trustee Fees | $500.00 | $0.00 | $500.00 |

Total to be paid for chapter 7 administrative expenses: $1,307.38
Remaining balance: $1,688.41

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,688.41 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,688.41 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $312,811.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $17,104.54 | $0.00 | $92.32 |
| 2 | Atlas Acquisitions LLC/MBNA | $8,266.39 | $0.00 | $44.62 |
| 3 | PYOD LLC its successors and assigns as assignee of Citibank | $43,576.44 | $0.00 | $235.21 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank | $6,259.41 | $0.00 | $33.79 |
| 5 | American Infosource Lp As Agent for Value City Furniture | $1,050.30 | $0.00 | $5.67 |
| 6 | Chase Bank USA, N.A. | $37,188.24 | $0.00 | $200.72 |
| 7 | Fifth Third Bank | $13,110.35 | $0.00 | $70.76 |
| 8 | American Infosource Lp As Agent for Target | $863.81 | $0.00 | $4.66 |
| 9 | HSBC Bank Nevada, N.A. | $1,449.08 | $0.00 | $7.82 |
| 10 | NCO PORTFOLIO MANAGEMENT/ The Room Place | $3,975.23 | $0.00 | $21.46 |
| 11 | JP Mortgan Chase Bank | $101,609.84 | $0.00 | $548.44 |

**UST-Form 101-7-NFR (5/1/2011)**

| 12 | American Express Bank, FSB | $35,495.95 | $0.00 | $191.59 |
| 13 | Fia Card Services, NA/Bank of America | $40,559.20 | $0.00 | $218.92 |
| 14 | Nicor Gas | $2,302.93 | $0.00 | $12.43 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured claims: | $1,688.41 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|   |   |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|   |   |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-02154-SPS
Lisa Marie Stefanovic                                                   Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez              Page 1 of 3              Date Rcvd: Jan 09, 2012
                              Form ID: pdf006            Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2012.
```
db         +Lisa Marie Stefanovic,   9009 Golf Rd,    Apt #2G,    Des Plaines, IL 60016-1911
15203925   +5/3 Bank CC,    38 Fountain Square,    Cincinnati OH 45263-0001
15203926  #+Alnert Law Firm PC,    Alpine Capital Inc,    205 W Randolph #920,    Chicago IL 60606-1814
15203927  #+Alpine Capital Investment,    Albert Law Firm PC,    205 W Randolph #920,    Chicago IL 60606-1814
14985988   +American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
14985989   +American Express,    C/O Becket And Lee PO Box 3001,    Malvern, PA 19355-0701
15477748    American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14985990    Bank Of America,    4060 Ogletown/Stan,    Newark, DE 19713
14985991  ++COLLECT AMERICA LTD,    4340 S MONACO PKWY,    2ND FL,    DENVER CO 80237-3408
             (address filed with court: Cach Llc,    370 17Th St Ste 5000,    Denver, CO 80202)
14985992    Cach Llc,   Attention: Bankruptcy Department 4340 S,    Denver, CO 80237
14985993   +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
15287213    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14985994   +Citi,   POB 6241,    Sioux Falls, SD 57117-6241
14985995   +Citibank Usa,    PO Box 6497,    Sioux Falls, SD 57117-6497
14985996   +Citibank Usa,    Attn.: Centralized Bankruptcy PO Box 20,    Kansas City, MO 64141-6020
14985998   +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
14985999    Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5 1850 East,    Grand Rapids, MI 49546
15336744   +Fifth Third Bank,    Bankruptcy Department/MD#RSCB3E,    1830 E Paris SE,
             Grand Rapids MI 49546-6253
14985987   +Fifth Third Bank Cc,    38 Fountain Square,    Cincinnati, OH 45263-0001
15203928   +Golf Towers Condominium Assco,    Kovitz Shifrin & Nesvit,    134 N LaSalle #1600,
             Chicago IL 60602-1159
15440211   +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
             Norfolk VA 23541-0907
14986000   +Hsbc Nv/gm Card,    Attn: Bankruptcy PO Box 5213,    Carol Stream, IL 60197-5213
14986001   +Hsbc Nv/gm Card,    PO Box 5253,    Carol Stream, IL 60197-5253
14986004  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Services,    Mail Stop 5010 CHI,
             230 South Dearborn Street,    Chicago IL 60604)
14986003   +Illinois Collection Se,    8231 185Th St Ste 100,    Tinley Park, IL 60487-9356
14986002   +Illinois Collection Se,    8231 W. 185Th St. Ste. 100,    Tinley Park, IL 60487-9356
14986005   +JP Mortgan Chase Bank,    Robbins Salomon and Patt Ltd,    25 East Washington St, Suite 1000,
             Chicago IL 60602-1796
15203929   +Liberman Management Services,    PO Box 5723,    Carol Stream IL 60197-5723
15441060    NCO PORTFOLIO MANAGEMENT,    POB 3001,    Malvern, PA 19355-0701
14986006    Nicor Gas,    Attention: Bankruptcy Department 1844 F,    Naperville, IL 60507
14986008   +Ocwen Loan,    12650 Ingenuity Dr,    Orlando, FL 32826-2703
15203930   +Omni Credit Svcs of Florida Inc,    333 Bishops Way #100,    Brookfield WI 53005-6223
15203931    RMS Recovery Management Svcs,    PO Box 957,    Warrenville IL 60555
15203932    T-Mobil,   PO Box 742596,    Cincinnati OH 45274-2596
14986009   +Tnb-visa,    PO Box 9475,    Minneapolis, MN 55440-9475
14986010   +Tnb-visa,    PO Box 673,    Minneapolis, MN 55440-0673
14986011   +Torres Credit Srv,    27 Fairview St Ste 301,    Carlisle, PA 17015-3200
14986012    Us Bk Rms Cc,    Cb Disputes,    St Louis, MO 63116
14986013   +Wfnnb/valucityroomstod,    PO Box 182273 - Wf,    Columbus, OH 43218-2273
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15264338     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2012 04:58:58
              American Infosource Lp As Agent for,    World Financial Network National Bank As,
              Value City Furniture,    PO Box 248872,    Oklahoma City, OK  73124-8872
15343319     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2012 04:58:58
              American Infosource Lp As Agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
15134591    +E-mail/Text: bnc@atlasacq.com Jan 10 2012 04:58:08     Atlas Acquisitions LLC,    294 Union St.,
              Hackensack, NJ 07601-4303
15187642     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 10 2012 04:21:03     Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14985997    +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 10 2012 04:21:03     Discover Fin Svcs Llc,
              PO Box 15316,    Wilmington, DE 19850-5316
15600314     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2012 04:58:58
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
14986004     E-mail/Text: cio.bncmail@irs.gov Jan 10 2012 03:01:49     Internal Revenue Services,
              Mail Stop 5010 CHI,    230 South Dearborn Street,    Chicago IL 60604
15604198    +E-mail/Text: bankrup@nicor.com Jan 10 2012 03:21:34     Nicor Gas,    PO Box 549,
              Aurora IL 60507-0549
14986007    +E-mail/Text: bankrup@nicor.com Jan 10 2012 03:21:34     Nicor Gas,    1844 Ferry Road,
              Naperville, IL 60563-9600
15237736    +E-mail/Text: resurgentbknotifications@resurgent.com Jan 10 2012 03:20:13
              PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 10
```

```
District/off: 0752-1           User: bchavez              Page 2 of 3            Date Rcvd: Jan 09, 2012
                               Form ID: pdf006           Total Noticed: 48
```

```
           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15192780*    +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 11, 2012**                     **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: bchavez              Page 3 of 3            Date Rcvd: Jan 09, 2012
                              Form ID: pdf006            Total Noticed: 48
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2012 at the address(es) listed below:

```
              Carrie A Zuniga    on behalf of Trustee David Leibowitz czuniga@lakelaw.com
              David P Leibowitz    on behalf of Trustee David Leibowitz ,
               czuniga@lakelaw.com;jhennard@lakelaw.com;ECF@lakelaw.com
              David P Leibowitz    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              John  Eggum    on behalf of Trustee David Leibowitz jeggum@lakelaw.com
              Jonathan T Brand    on behalf of Trustee David Leibowitz jbrand@lakelaw.com
              Michael I. White    on behalf of Debtor Lisa Stefanovic mwhit1967@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald J. Kapustka    on behalf of Creditor  Golf Towers Condominium Association ndaily@ksnlaw.com,
               bankruptcy@ksnlaw.com
              Stacy A Igoe    on behalf of Debtor Lisa Stefanovic igoe@igoelawfirm.com,
               dprosperini@igoelawfirm.com;cgalloza@igoelawfirm.com
              Yanick  Polycarpe    on behalf of Creditor  Ocwen Loan Servicing, LLC ypolycarpe@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 10
```