**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-02154-SPS |
| | § | |
| LISA MARIE STEFANOVIC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $175,800.00 | Assets Exempt: | $10,000.00 |
| Total Distributions to Claimants: | $1,688.41 | Claims Discharged Without Payment: | $342,778.30 |
| Total Expenses of Administration: | $1,311.59 | | |

3) Total gross receipts of $3,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $3,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $175,000.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $3,029.09 | $1,311.59 | $1,311.59 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $182,389.25 | $312,811.71 | $312,811.71 | $1,688.41 |
| **Total Disbursements** | $357,389.25 | $315,840.80 | $314,123.30 | $3,000.00 |

4). This case was originally filed under chapter 7 on 01/21/2010. The case was pending for 28 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2012 By: /s/ David P. Leibowitz
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| estimated tax refund 2009 | 1124-000 | $3,000.00 |
| **TOTAL GROSS RECEIPTS** | | $3,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ocwen Loan | 4110-000 | $175,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $175,000.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $750.00 | $750.00 | $750.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $57.38 | $57.38 | $57.38 |
| Green Bank | 2600-000 | NA | $4.21 | $4.21 | $4.21 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,217.50 | $500.00 | $500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,029.09 | $1,311.59 | $1,311.59 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Services | 5800-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $7,104.00 | $17,104.54 | $17,104.54 | $92.32 |
| 2 | Atlas Acquisitions LLC/MBNA | 7100-900 | NA | $8,266.39 | $8,266.39 | $44.62 |
| 3 | PYOD LLC its successors and assigns as assignee of Citibank | 7100-900 | NA | $43,576.44 | $43,576.44 | $235.21 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank | 7100-900 | $6,259.00 | $6,259.41 | $6,259.41 | $33.79 |
| 5 | American Infosource Lp As Agent for Value City Furniture | 7100-000 | $1,012.00 | $1,050.30 | $1,050.30 | $5.67 |
| 6 | Chase Bank USA, N.A. | 7100-900 | $7,188.00 | $37,188.24 | $37,188.24 | $200.72 |
| 7 | Fifth Third Bank | 7100-900 | $3,110.00 | $13,110.35 | $13,110.35 | $70.76 |
| 8 | American Infosource Lp As Agent for Target | 7100-900 | $863.00 | $863.81 | $863.81 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 8; American Infosource Lp As Agent for Target) | 7100-901 | $0.00 | $0.00 | $0.00 | $4.66 |
| 9 | HSBC Bank Nevada, N.A. | 7100-900 | $1,449.00 | $1,449.08 | $1,449.08 | $7.82 |
| 10 | NCO PORTFOLIO MANAGEMENT / The Room Place | 7100-000 | NA | $3,975.23 | $3,975.23 | $21.46 |
| 11 | JP Mortgan Chase Bank | 7100-000 | $105,392.25 | $101,609.84 | $101,609.84 | $548.44 |
| 12 | American Express Bank, FSB | 7100-900 | $5,495.00 | $35,495.95 | $35,495.95 | $191.59 |
| 13 | Fia Card Services, NA/Bank of America | 7100-900 | $10,559.00 | $40,559.20 | $40,559.20 | $218.92 |
| 14 | Nicor Gas | 7100-000 | $2,303.00 | $2,302.93 | $2,302.93 | $12.43 |
| | 5/3 Bank Cc | 7100-000 | $13,110.00 | NA | NA | $0.00 |
| | Cach Llc | 7100-000 | $8,266.00 | NA | NA | $0.00 |
| | Citi | 7100-000 | $3,576.00 | NA | NA | $0.00 |
| | Illinois Collection | 7100-000 | $1,791.00 | NA | NA | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Se | | | | | |
| | Illinois Collection Se | 7100-000 | $835.00 | NA | NA | $0.00 |
| | Torres Credit Srv | 7100-000 | $1,376.00 | NA | NA | $0.00 |
| | Us Bk Rms Cc | 7100-000 | $2,701.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $182,389.25 | $312,811.71 | $312,811.71 | $1,688.41 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 10-02154-SPS
**Case Name:** STEFANOVIC, LISA MARIE
**For the Period Ending:** 5/9/2012

**Trustee Name:** David Leibowitz
**Date Filed (f) or Converted (c):** 01/21/2010 (f)
**§341(a) Meeting Date:** 02/23/2010
**Claims Bar Date:** 05/27/2010

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 9009 Golf Rd, Des Plaines IL 60016 | $180,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | cash on hand | $100.00 | $0.00 | DA | $0.00 | FA |
| 3 | Banking account | $1,200.00 | $0.00 | DA | $0.00 | FA |
| 4 | Household furniture | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 5 | Necessary clothes | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 6 | estimated tax refund 2009 | $2,500.00 | $8,377.00 | DA | $3,000.00 | FA |

| TOTALS (Excluding unknown value) | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| | **$185,800.00** | **$8,377.00** | **$3,000.00** | **$0.00** |

**Major Activities affecting case closing:**

Motion to employ Lakelaw returned-unable to forward to debtor
TFR hearing scheduled for 1/5/2012.

**Initial Projected Date Of Final Report (TFR):** 12/31/2011
**Current Projected Date Of Final Report (TFR):** 12/31/2011

/s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 10-02154-SPS | **Trustee Name:** | David Leibowitz |
| **Case Name:** | STEFANOVIC, LISA MARIE | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******9480 | **Checking Acct #:** | ******5401 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 1/21/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/9/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 09/02/2011 | (6) | Lisa Marie Stefanovic | | 1124-000 | $3,000.00 | | $3,000.00 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.21 | $2,995.79 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $4.52 | $2,991.27 |
| 11/01/2011 | | Green Bank | Reverse Bank Service Fee | 2600-000 | | ($4.52) | $2,995.79 |
| 02/02/2012 | 1001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $57.38 | $2,938.41 |
| 02/02/2012 | 1002 | Lakelaw | Claim #: ; Amount Claimed: 2,217.50; Amount Allowed: 500.00; Distribution Dividend: 100.00; | 3110-000 | | $500.00 | $2,438.41 |
| 02/02/2012 | 1003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $750.00 | $1,688.41 |
| 02/02/2012 | 1004 | Discover Bank | Claim #: 1; Amount Claimed: 17,104.54; Amount Allowed: 17,104.54; Distribution Dividend: 0.54; | 7100-900 | | $92.32 | $1,596.09 |
| 02/02/2012 | 1005 | Atlas Acquisitions LLC/MBNA | Claim #: 2; Amount Claimed: 8,266.39; Amount Allowed: 8,266.39; Distribution Dividend: 0.54; | 7100-900 | | $44.62 | $1,551.47 |
| 02/02/2012 | 1006 | PYOD LLC its successors and assigns as assignee of | Claim #: 3; Amount Claimed: 43,576.44; Amount Allowed: 43,576.44; Distribution Dividend: 0.54; | 7100-900 | | $235.21 | $1,316.26 |
| 02/02/2012 | 1007 | PYOD LLC its successors and assigns as assignee of | Claim #: 4; Amount Claimed: 6,259.41; Amount Allowed: 6,259.41; Distribution Dividend: 0.54; | 7100-900 | | $33.79 | $1,282.47 |
| 02/02/2012 | 1008 | American Infosource Lp As Agent for Value City | Claim #: 5; Amount Claimed: 1,050.30; Amount Allowed: 1,050.30; Distribution Dividend: 0.54; | 7100-000 | | $5.67 | $1,276.80 |
| 02/02/2012 | 1009 | Chase Bank USA, N.A. | Claim #: 6; Amount Claimed: 37,188.24; Amount Allowed: 37,188.24; Distribution Dividend: 0.54; | 7100-900 | | $200.72 | $1,076.08 |
| 02/02/2012 | 1010 | Fifth Third Bank | Claim #: 7; Amount Claimed: 13,110.35; Amount Allowed: 13,110.35; Distribution Dividend: 0.54; | 7100-900 | | $70.76 | $1,005.32 |
| 02/02/2012 | 1011 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.66 | $1,000.66 |
| | | | Claim Amount $(4.66) | 7100-901 | | | $1,000.66 |
| 02/02/2012 | 1012 | HSBC Bank Nevada, N.A. | Claim #: 9; Amount Claimed: 1,449.08; Amount Allowed: 1,449.08; Distribution Dividend: 0.54; | 7100-900 | | $7.82 | $992.84 |
| 02/02/2012 | 1013 | NCO PORTFOLIO MANAGEMENT/ The | Claim #: 10; Amount Claimed: 3,975.23; Amount Allowed: 3,975.23; Distribution Dividend: 0.54; | 7100-000 | | $21.46 | $971.38 |
| 02/02/2012 | 1014 | JP Mortgan Chase Bank | Claim #: 11; Amount Claimed: 101,609.84; Amount Allowed: 101,609.84; Distribution Dividend: 0.54; | 7100-000 | | $548.44 | $422.94 |
| 02/02/2012 | 1015 | American Express Bank, FSB | Claim #: 12; Amount Claimed: 35,495.95; Amount Allowed: 35,495.95; Distribution Dividend: 0.54; | 7100-900 | | $191.59 | $231.35 |
| | | | | **SUBTOTALS** | $3,000.00 | $2,768.65 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 10-02154-SPS | **Trustee Name:** | David Leibowitz |
| **Case Name:** | STEFANOVIC, LISA MARIE | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******9480 | **Checking Acct #:** | ******5401 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 1/21/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/9/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/02/2012 | 1016 | Fia Card Services, NA/Bank of America | Claim #: 13; Amount Claimed: 40,559.20; Amount Allowed: 40,559.20; Distribution Dividend: 0.54; | 7100-900 | | $218.92 | $12.43 |
| 02/02/2012 | 1017 | Nicor Gas | Claim #: 14; Amount Claimed: 2,302.93; Amount Allowed: 2,302.93; Distribution Dividend: 0.54; | 7100-000 | | $12.43 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $3,000.00 | $3,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $3,000.00 | $3,000.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $3,000.00 | $3,000.00 | |

**For the period of 1/21/2010 to 5/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 09/02/2011 to 5/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 10-02154-SPS | **Trustee Name:** | David Leibowitz |
| **Case Name:** | STEFANOVIC, LISA MARIE | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******9480 | **Checking Acct #:** | ******5401 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 1/21/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 5/9/2012 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $3,000.00 | $3,000.00 | $0.00 |

**For the period of 1/21/2010 to 5/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/21/2010 to 5/9/2012**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |